IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH SIERRA,

        Plaintiff,                               CV F 01 5131 AWI WMW   P

   vs.                                     ORDER RE MOTIONS
                                           (DOCS 109, 117)

CAL TERHUNE, et al.,

        Defendants.

        Plaintiff is a state prisoner proceeding pro se.  Pending before the court are plaintiff's miscellaneous motions.  Documents 109 and 117 appear to be requests for court orders directing defendants to engage in or refrain from certain conduct.  Because plaintiff seeks an order from court relating to the restraint of conduct by a party, the court construes such motions as requests for injunctive relief.  As such, the motions fail to comply with the procedural requirements of Local Rule 65-231.

        Accordingly, IT IS HEREBY ORDERED that the motions for injunctive relief are dismissed as procedurally defective.

1  IT IS SO ORDERED.

2  **Dated:     March 29, 2006**             /s/  **William M. Wunderlich**
   j14hj0                                UNITED STATES MAGISTRATE JUDGE