IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH SIERRA,

       Plaintiff,

 vs.

CAL TERHUNE, et al.,

       Defendants.

CV F 01 5131 AWI WMW   P

ORDER RE MOTION
(DOCS 136)

Plaintiff is a state prisoner proceeding pro se.  Pending before the court is plaintiff's motion to strike or abolish the findings and recommendations entered June 22, 2004. Prior to the filing plaintiff's motion, an order was entered, adopting the findings and recommendations.  To the extent that plaintiff's motion is an objection, such objections are untimely.   Accordingly, IT IS HEREBY ORDERED that plaintiff's motion is denied.

IT IS SO ORDERED.

**Dated:   March 29, 2006**            **/s/  William M. Wunderlich**

1

1  j14hj0                              UNITED STATES MAGISTRATE JUDGE
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26