IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH A. SIERRA,

    Plaintiff,　　　　　　　　　　　CV F 01 5131 AWI WMW   P

  vs.　　　　　　　　　　　　　　　　ORDER RE MOTION (DOC 103 )

CAL TERHUNE, et al.,

    Defendants.

       Plaintiff is a state prisoner proceeding pro se.  Pending before the court is Plaintiff's motion for an order directing defendants to relinquish a research manual.  Because plaintiff's motion requests an order directing defendants to engage in certain conduct, the court construes the motion as one requesting injunctive relief.  As such, the motion fails to comply with the procedural requirements of Local Rule 65-231.

       Accordingly, IT IS HEREBY ORDERED that the motion for an order directing defendants to relinquish a research manual is dismissed is procedurally defective.

1

1  IT IS SO ORDERED.

2  **Dated:     March 30, 2006**                    **/s/  William M. Wunderlich**
   j14hj0                                            UNITED STATES MAGISTRATE JUDGE

2