IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH SIERRA,

      Plaintiff,                                CV F 01 5131 AWI WMW   P

   vs.                                     FINDINGS AND RECOMMENDATIONS
                                             RE MOTIONS FOR INJUNCTIVE RELIEF
                                             (DOCUMENTS   145, 157 )

CAL TERHUNE, et al.,

      Defendants.

      Plaintiff is a state prisoner proceeding pro se. Pending before the court are Plaintiff's motions for injunctive relief and for a temporary restraining order.

      Plaintiff is an inmate in the custody of the California Department of Corrections at CSP Corcoran. This action proceeds against correctional officials at Mule Creek State Prison for allegedly subjecting Plaintiff to unconstitutional conditions of confinement at that institution.

      Plaintiff's motions for injunctive relief consist of a request that officials at Corcoran provide Plaintiff with certain medical appliances. Plaintiff also levels unspecified allegations of conduct regarding the inmate grievance process. Any allegations regarding conduct at CSP Corcoran is beyond the scope of this litigation. Further, none of the individual identified in Plaintiff's motions are defendants in this action. The court must have personal jurisdiction over the parties to be enjoined; it may not enjoin defendants not yet served or before the court.

<u>Zepeda v. United States I.N.S.</u>, 753 F.2d 719, 727 (9th Cir. 1983).

Accordingly, IT IS HEREBY RECOMMENDED that Plaintiff's motions for injunctive relief be denied.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636 (b)(1)(B). Within thirty days after being served with these findings and recommendations, Plaintiff may file written objections with the court. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

**Dated:   August 10, 2006**             /s/ **William M. Wunderlich**
mmkd34                      UNITED STATES MAGISTRATE JUDGE