IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH SIERRA,

      Plaintiff,       CV F 01 5131 AWI WMW   P

   vs.          _____ORDER RE MOTION (DOC 51 )

CAL TERHUNE, et al.,

      Defendants.

  Plaintiff has filed a motion requesting leave to file an amended complaint.  Good cause appearing, Plaintiff's motion is granted.  plaintiff is advised that the court cannot refer to a prior pleading in order to make plaintiff's amended complaint complete.  Local Rule 15-220 requires that an amended complaint be complete in itself without reference to any prior pleading. This is because, as a  general rule, an amended complaint supersedes the original complaint.  <u>See</u> <u>Loux v. Rhay</u>, 375 F.2d 55, 57 (9th Cir. 1967).  Once plaintiff files an amended complaint, the original pleading no longer serves any function in the case.  Therefore, in an amended complaint, as in an original complaint, each claim and the involvement of each defendant must be sufficiently alleged.

  In accordance with the above, IT IS HEREBY ORDERED that:

  1.  Plaintiff's motion for leave to file an amended complaint is granted.

  2.  Plaintiff is granted thirty days from the date of service of this order to file an

1

1   amended complaint that complies with the requirements of the Civil Rights Act, the Federal

2   Rules of Civil Procedure, and the Local Rules of Practice;   Failure to file an amended complaint

3   in accordance with this order will result in a recommendation that this action be dismissed for

4   Plaintiff's failure to prosecute.

9   IT IS SO ORDERED.

10   **Dated:    August 10, 2006**                            **/s/  William M. Wunderlich**
     mmkd34                                              UNITED STATES MAGISTRATE JUDGE