UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KENNETH ALAN SIERRA, | ) | 1:01-CV-05131-AWI-WMW-P |
| Plaintiff, | ) ) | ORDER GRANTING SECOND EXTENSION OF TIME TO FILE AMENDED COMPLAINT |
| v. | ) ) | |
| C. A. TERHUNE, et al., | ) ) | (Doc. 196) |
| Defendants. | ) ) ) | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On November 1, 2006, plaintiff filed a motion for a second extension of time to file an amended complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty days from the date of service of this order in which to file an amended complaint, pursuant to the court's order of August 10, 2006.

IT IS SO ORDERED.

**Dated:   November 28, 2006**          /s/  William M. Wunderlich
j14hj0                                    UNITED STATES MAGISTRATE JUDGE