UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH ALAN SIERRA,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>C. A. TERHUNE, et al.,<br><br>　　　Defendants. | 1:01-CV-05131-AWI-WMW-P<br><br>ORDER GRANTING MOTION FOR COPIES OF PAGES 30-40 OF THIRD AMENDED COMPLAINT<br><br>(Doc. 201)<br><br>ORDER DIRECTING CLERK TO SEND COPIES TO PLAINTIFF |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On January 26, 2007, plaintiff filed a motion for the court to send him copies of pages 30-40 of his third amended complaint.[1]  Plaintiff contends that he requires the copies in order to amend his complaint, pursuant to the court's order of November 29, 2006.  Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

　　　1.　　Plaintiff's motion for copies is GRANTED; and

　　　2.　　The Clerk is directed to send to plaintiff copies of pages 30-40 of the third amended complaint which was filed on May 13, 2005.

IT IS SO ORDERED.

**Dated:　　March 13, 2007**　　　　　　　　　**/s/  William M. Wunderlich**
j14hj0　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff requested copies from the "amended complaint dated 04-28-05." The third amended complaint was dated 04-28-05 by plaintiff and filed by the court on May 13, 2005.