UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KENNETH ALAN SIERRA, | ) | 1:01-CV-5131 AWI WMW (PC) |
| Plaintiff, | ) | |
| v. | ) | ORDER GRANTING EXTENSION OF TIME TO FILE AMENDED COMPLAINT |
| CAL A. TERHUNE, | ) | |
| | ) | (DOCUMENT #209) |
| Defendants. | ) | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On May 18, 2007, plaintiff filed a motion to extend time to file amended complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty (30) days from the date of service of this order in which to file amended complaint.

IT IS SO ORDERED.

**Dated:   June 13, 2007**          /s/  William M. Wunderlich
                                    UNITED STATES MAGISTRATE JUDGE