IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH A. SIERRA,

        Plaintiff,         CV F 01 5131 AWI WMW PC

    vs.                     ORDER RE MOTION (DOC 226)

CAL TERHUNE, et al.,

        Defendants.

      Plaintiff has filed a motion for extension of time to file an amended complaint. On May 6, 2008, findings and recommendations were entered, recommending dismissal of this action for failure to state a claim. In his fourth amended complaint, Plaintiff failed to allege facts sufficient to state a claim for relief. In this action, Plaintiff has sought, and has been granted, numerous extensions of time to file amended pleadings. The current motion for extension of time, filed on May 19, 2008, consists of a litany of grievances regarding the condition of Plaintiff's confinement. Plaintiff sets fort various factual allegations regarding the conduct of correctional officials. Plaintiff seeks a 60 day extension of time.

       The court finds that Plaintiff has not shown good cause for a 60 day extension of time. The amended complaint on which this action proceeds was dismissed for failure to allege sufficient facts to state a claim for relief. Plaintiff's requests for extensions of time typically set

1

forth factual allegations.  Plaintiff does not need to conduct original legal research to correct the deficiencies identified in the order dismissing the fourth amended complaint.  Plaintiff must file an amended complaint that cures the deficiencies identified in the order dismissing the fourth amended complaint.  The court will grant Plaintiff a final opportunity to file a fifth amended complaint. Plaintiff is advised that the will not be granted any further extensions of time.  Should Plaintiff fail to file a fifth amended complaint, the court will recommend dismissal of this action.  Plaintiff is again advised that the court will not entertain any further requests for extensions of time.

      Accordingly, IT IS HEREBY ORDERED that:

      1. The Clerk's Office is directed to re-serve the February 12, 2008, order dismissing the operative pleading upon Plaintiff.

      2.  Plaintiff is granted an extension of time of thirty days from the date of service of this order in which to file a fifth amended complaint.

IT IS SO ORDERED.

**Dated:   May 21, 2008**               /s/  **William M. Wunderlich**
                                        UNITED STATES MAGISTRATE JUDGE