**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KENNETH ALAN SIERRA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CAL TERHUNE, et al.,<br><br>　　　　　Defendants. | NO. 1:01-cv-05131-AWI-GSA-PC<br><br>ORDER DIRECTING PLAINTIFF TO SUBMIT FILING FEE<br><br>THIRTY DAY DEADLINE |

　　　　Plaintiff is a state prisoner proceeding pro se in this civil rights action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On May 12, 2010, an order was entered by the District Court, adopting the findings and recommendations of the Magistrate Judge and revoking Plaintiff's in forma pauperis status pursuant to 28 U.S.C. § 1915(g). On June 1, 2010, Plaintiff filed a motion for reconsideration of the May 12, 2010, order, a motion for an extension of time, and a motion for the production of records. Plaintiff also filed a Notice of Appeal of the May 12, 2010, order. On June 8, 2010, the U.S. Court of Appeals for the Ninth Circuit entered an order, holding Plaintiff's appeal in abeyance pending the District Court's resolution of the June 1, 2010, motions. On September 15, 2010, an order was entered by the District Court, denying all three of Plaintiff's motions filed on June 1, 2010. On February 9, 2011, the Ninth Circuit panel entered an order finding that

Plaintiff could not proceed on appeal in forma pauperis, pursuant to 28 U.S.C. § 1915(g). Plaintiff was directed to submit the filing fee for his appeal.  Despite extensions of time, Plaintiff ultimately failed to pay the filing fee.   On May 10, 2011, the Ninth Circuit dismissed Plaintiff's appeal for failure to prosecute.  Pursuant to Ninth Circuit order, the May 10, 2011, order acts as the mandate of the court.

Because Plaintiff's in forma pauperis status has been revoked, this action may only proceed if Plaintiff pays the $150 .00 filing fee, in full.  Plaintiff is cautioned that the order revoking his in forma pauperis status is final.   Plaintiff is further warned that **no extensions of time will be granted**.  The only submission that will be accepted by this Court is the payment of the filing fee, in full.  Plaintiff's failure to do so will result in dismissal of this action for Plaintiff's failure to prosecute, pursuant to Local Rule 110.

Accordingly, IT IS HEREBY ORDERED that Plaintiff shall submit, within thirty days of the date of service of this order, the $150.00  filing fee for this action.  Plaintiff's failure to do so will result in dismissal of this action for his failure to prosecute.

IT IS SO ORDERED.

Dated:   **May 11, 2011**               /s/ **Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE

2